FILED
IN THIS OFFICE

2015 AUG 21 AM 9: 35

CLERK US DISTRICT COURT
GREENSBORO, N.C.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Pro se [Non-prisoner] Complaint Form

Howard A. Ingram Jr. )
(Your Name) )
Plaintiff, )
)
)
v. )  Civil Action No. 15CV688
Mr. Burley Wilkins )  (to be assigned by the Clerk)
_____ )
_____ )
)
Defendant(s). )

COMPLAINT

I. JURISDICTION Violation of Constitutional and Wrongful termination, Company contract agreements, And for relief over $75,000

II. PARTIES

A. Plaintiff

Name of Plaintiff: Mr. Howard A. Ingram Jr.

Address: 818 Green Oaks St.

Greensboro, NC 27401

B. Defendant(s) (**Notice**: A person must be identified in subsections B and C in order to be considered as a defendant.)

Name of Defendant: Mr. Burley Wilkins ; CEO GTA

Current Address: 223 W. Meadowview Rd.

Greensboro, NC 27403

C. Additional Defendants (please provide the same information for each defendant as listed in Item B above):

III. STATEMENT OF CLAIM
(State here as briefly as possible the FACTS of your case. Do this by identifying the alleged legal wrong and by describing how each defendant named in Section II.B. and C. above is personally responsible for depriving you of your rights. Include relevant times, dates, and places. Also, you must state the basis for federal jurisdiction. In other words, why should the case be in federal court as opposed to state court. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES. Number and set forth each separate claim in a separate paragraph.) (Attach extra sheets if necessary.)

Dates .. Feb. 4th 2015 ___ Feb. 16th 2015 ___ April 9th 2015

Feb. 4 was accusation by GM.
Feb. 16th was first investigation meeting
April 9th was second investigation meeting
On all 3 dates my constitutional right to speech was violated by the CEO telling me not to talk to miss Doris Rembert who falsely accused me of wrong doing; 2nd the management failed to prove any violation of contract or company policy 3rd no where in policy rule book that states one can not become a social security payee while working for GTA and is in violation of my civil liberty. 4th failed to proof or put me at any place of occurance and time of miss. Remberts false allegation. This is reason for wrongful termination.

III. STATEMENT OF CLAIM - continued.

Mr. Burley Wilkins my CEO accused me of false allegations made by the mental health recipient and ADA recipient of things I had no knowledge about at all. So the preceedings above for violating my

1. Constitutional right (Speech)
2. Breach of Contract (Failure to proof violations of misconduct and rules
3. Violating my Civil Libertys (Stating being a Social Security Payee is { against company policy } is not in rule book

This is the reasons for being in Federal Court and also the monetary relief is in excess of $75,000. Also I have only one person that is my lawful payee, and her name is miss Hattie Goines in which I have been knowing for several years and I did not meet her for the first time on the bus. Miss Rembert I have been knowing for approximately 30yrs. And she has since admitted to lyeing to GTA about me.

IV. RELIEF

State briefly and exactly what relief you want from this court.

The Relief That I want From This court is $300,000 And to be placed back into my regular Position As bus operator For GTA with my Seniority restored And TOP PAY As was when They terminated me wrongFully with Full Benefits

Signed this 20 day of August, 20 15.

Howard A. Ingram Jr.
Signature of plaintiff

818 Green Oaks St.
Address

Greensboro, NC 27401

336-617-4167
Telephone number