IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HOWARD A. INGRAM, JR., | ) |
| Plaintiff, | ) |
| v. | ) 1:15CV688 |
| BURLEY WILKINS, | ) |
| Defendant. | ) |

## ORDER

On August 1, 2016, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (ECF Nos. 17, 18.) Plaintiff Ingram filed Objections (ECF No. 19) within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the Magistrate Judge's Recommendation (ECF No. 17), which is hereby affirmed and adopted.

IT IS THEREFORE ORDERED that Defendant's Motion to Set Aside Default (ECF No. 13) is GRANTED, that the Clerk's Entry of Default (ECF No. 9) is SET ASIDE, and that Plaintiff's Motion for Default Judgment (ECF No. 10) is DENIED.

This, the 22nd day of August, 2016.

/s/ Loretta C. Biggs
United States District Judge